# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 18, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Mohamed Mohamed Mohamud, Issa Doreh, and Ahmed Nasir Taalil Mohamud
         v. United States
         No. 25-5671
         (Your No. 13-50578, 13-50580, 14-50051)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 26, 2025 and placed on the docket September 18, 2025 as No. 25-5671.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst